## 46807. THOMPKINS v. STUBBS.
(380 SE2d 711)

MARSHALL, Chief Justice.

This case involves a petition for a writ of mandamus to compel a superior court judge to act on a petition for the writ of habeas corpus.

In view of the fact that this is a direct application to this Court for a writ of mandamus, this case is controlled by *Brown v. Johnson,* 251 Ga. 436 (306 SE2d 655) (1983), and the petition is therefore dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED APRIL 13, 1989.

Gary B. Thompkins, *pro se.*

*William J. Smith, District Attorney,* for appellee.